(A1)

*Letter*

*of Theodoros Mavrakis*
*To: Nikolaos Balagiannis*

*Dear Mr. Balagiannis,*

*I hereby affirm that your funds (USD 4,000,000) shall not be at risk in any case. As a seller of the stock shares, I am also giving you my personal guarantee. On the other hand, if you change your mind, for any reason, I will gladly purchase, myself, your rights at the same consideration.*

*Respectfully,*

*[redacted] Theodoros Mavrakis*

EXHIBIT B

22-10-2003

FROM : ANGELOS M. DIMITROPOULOS    PHONE NO. : 0030 1 6461297    Aug. 21 2003 11:04PM P1

Επιστολή

(A1)

Του Θεόδωρου Μαυράκη

Προς: Τον Νικόλαο Μπακογιάννη

Κύριε Μπακογιάννη

Διά της παρούσης επιστολής, σας διαβεβαιώ ότι τα χρήματά σας (4.000.000 $ USA) δεν πρόκειται σε καμία περίπτωση να κινδυνεύσουν.
Η αγορά των μετοχών εγγυάται και προσωπικά. Εάν όμως για οποιονδήποτε λόγο μετανιώσετε, χαρίσμως αγοράζω εγώ ο ίδιος αντί του ιδίου τιμήματος τα διαιώματά σας.

Μετά τιμής

Θεόδωρος Μαυράκης