## INFORMATIVE NOTE

D1

**From Theodoros Mavrakis**

TO

**Constantine Mavrakis**

<u>CC</u>: **Nikolaos Balagiannis**

Upon oral communication, you requested that I return the funds that have been deposited into an account for myself, funds that constitute a down payment for the purchase of my stock shares; that is, approximately **43%** of the entire capital stock of the company "THEROS GAMING INTERNATIONAL Inc." with the same terms that applied when I was obliged to sell to another buyer, as well as for the same consideration.

The down payment you provided was paid so that you could reserve the right to purchase the shares and also to acquire them at the same price at which I sold them.

From my side, everything that was agreed upon between us applies and I hereby affirm our agreement; that is, if the sale to Mr. K. Piladakis is voided, then I shall accept the right of purchase by you, to whom I will transfer my stock shares for the same consideration paid by K. Piladakis.
That is the reason I accepted the down payment for the purchase of the stock shares.

On the other hand, if you wish to receive a reimbursement of your money, this shall also constitute a voidance of the abovementioned sale without any liability against me.

Since, from what you mentioned to me, I can assume that you wish to withdraw from the agreement, this is something that you should notify me of in writing.

Therefore, you should send me a fax in which you should state that you are withdrawing and that you have no further claims so that I can return the funds you have deposited or, in the other case, you should affirm to me that the purchase agreement applies.

I am waiting for your written response.

[signature]

With regards,
Ted Mavrakis



EXHIBIT C

(D1)

# ΕΝΗΜΕΡΩΤΙΚΟ ΣΗΜΕΙΩΜΑ

Από Θεόδωρο Μαυράκη

ΠΡΟΣ

Κωνσταντίνο Μαυράκη

<u>Κοινοποίηση</u>: Νικόλαο Μπαλαγιάννη

Κατόπιν προφορικής ενημέρωσης μου ζητήσατε να επιστρέψω τα χρήματα που έχουν κατατεθεί σε λογαριασμό προς εμένα, χρήματα τα οποία αποτελούν προκαταβολή για την αγορά του ποσοστού των μετοχών μου, 43% περίπου επί του συνόλου της εταιρείας " THEROS GAMING INTERNATIONAL Inc.", με τους ίδιους όρους, που υπογράφθηκε να πουλήσω σε άλλον αγοραστή καθώς και το ίδιο τίμημα.

Η προκαταβολή που δόθηκε από εσάς, δόθηκε για να διατηρήσετε το δικαίωμα αγοράς των μετοχών αλλά και να τις αποκτήσετε στην ίδια τιμή με την οποία πώλησα.

Από πλευράς μου ισχύουν τα μεταξύ μας συμφωνηθέντα, τα οποία και επιβεβαιώνω με την παρούσα δηλ. ότι εφόσον ακυρωθεί η πώληση προς τον Κ. Πηλαδάκη, τότε αποδέχομαι το δικαίωμα αγοράς από εσάς, προς τον οποίο και θα μεταβιβάσω τις μετοχές μου αντί του ιδίου τιμήματος που κατέβαλε ο Κ. Πηλαδάκης.
Γι αυτό αποδέχτηκαν και την προκαταβολή έναντι αγοράς μετοχών.

Εφόσον όμως επιθυμείτε την επιστροφή των χρημάτων σας, αυτό σημαίνει και ματαίωση της ανωτέρω πώλησης, δέχεις ουδεμία ευθύνη δική μου.

Επειδή από όσα μου αναφέρατε διακρίνω ότι θέλετε να υπαναχωρήσετε, θα πρέπει να μου το αναφέρετε εγγράφως.

Πρέπει επομένως να μου στείλετε ένα Fax όπου να γράφετε ότι υπαναχωρείτε και ότι δεν έχετε καμία αξίωση, ώστε να σας επιστρέψω τα χρήματα που έχετε καταθέσει ή σε αντίθετη περίπτωση να μου επιβεβαιώσετε ότι ισχύει η συμφωνία αγοράς.

Περιμένω γραπτή απάντηση σας.

Φιλικά
Ted Mavrakis