## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                    Case Number: 08 C 943

Nicolas Balagiannis and Reserve Hotels PTY Limited
v.
Theodore Mavrakis and Costas Mavrakis

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Nicolas Balagiannis and Reserve Hotels PTY Limited

| | |
|---|---|
| NAME (Type or print)<br> George N. Vurdelja, Jr. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/  George N. Vurdelja, Jr. | |
| FIRM<br> Harrison & Held | |
| STREET ADDRESS<br> 333 W. Wacker Drive, Suite 1700 | |
| CITY/STATE/ZIP<br> Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br> 6181504 | TELEPHONE NUMBER<br> 312-753-6161 |

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐