IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| NICOLAS BALAGIANNIS and RESERVE HOTELS PTY LIMITED AS TRUSTEE FOR THE NBF TRUST, | )<br>)<br>) |
| Plaintiffs, | ) Case No. 08 C 943<br>)<br>) |
| v. | )<br>) |
| THEODORE MAVRAKIS AND COSTAS MAVRAKIS, | )<br>)<br>) |
| Defendants. | ) |

**NOTICE OF FILING**

    PLEASE TAKE NOTICE that on March 5, 2008 we filed with the Clerk of the District Court, Northern District of Illinois, Eastern Division, PROOF OF SERVICE, a copy of which is attached hereto.

    /S/John M. Heaphy

**CERTIFICATE OF SERVICE**

    No appearances on file.

    /S/John M. Heaphy

John M. Heaphy
George N. Vurdelja, Jr.
Harrison & Held
333 W. Wacker Drive, Suite 1700
Chicago, IL  60606
(312) 753-6160