IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| NICOLAS BALAGIANNIS and RESERVE HOTELS PTY LIMITED AS TRUSTEE FOR THE NBF TRUST,<br><br>    Plaintiffs,<br><br>v.<br><br>THEODORE MAVRAKIS AND COSTAS MAVRAKIS,<br><br>    Defendants. | Case No. 08 C 943<br><br>Judge Leinenweber<br><br>Magistrate Judge Brown |

## MOTION FOR ENTRY OF DEFAULT

Plaintiff Nicolas Balagiannis and Reserve Hotels PTY Limited as Trustee for the NBF Trust ("Plaintiffs") move this Court pursuant to Federal Rule of Civil Procedure 55, for the entry of a default judgment against the Defendant Theodore Mavrakis ("Ted Mavrakis"). In support of this motion, Plaintiffs state as follows:

1. Ted Mavrakis was served with process in this matter on February 18, 2008.

2. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), Ted Mavrakis was obligated to file his appearance and an answer or otherwise plead on or before March 10, 2008.

3. Ted Mavrakis did not file an appearance or an answer on March 10, 2008. Instead, during the week of March 24, 2008, counsel for Ted Mavrakis contacted counsel for Plaintiffs and requested an extension of time to file an appearance and answer in this matter. Counsel for Plaintiffs agreed to extend Ted Mavrakis' time to file an appearance and answer to and until April 7, 2008.

4. Ted Mavrakis did not file an appearance or his answer on April 7, 2008.

5.   On April 8, 2008, counsel for Ted Mavrakis filed an appearance but did not file an answer or any other responsive pleading.

6.   Counsel for Plaintiffs contacted counsel for Ted Mavrakis and asked that an answer be filed on or before the close of business on April 9, 2008.  Counsel for Ted Mavrakis responded stating that Ted Mavrakis currently intended to file his answer on April 16, 2008.

7.   At this time, Ted Mavrakis has failed to file an answer or other responsive pleading in accordance with Rule 12(a)(1)(A).  Plaintiffs are entitled to the entry of a default against Ted Mavrakis pursuant to Rule 55.

WHEREFORE, Plaintiffs request that this Court enter a default against Theodore Mavrakis or, in the alternative, an order requiring Theodore Mavrakis to file an answer on or before April 16, 2008.

Respectfully submitted,
NICOLAS BALAGIANNIS and RESERVE
HOTELS PTY LIMITED AS TRUSTEE
FOR THE NBF TRUST

By: One of Their Attorneys
/S/John M. Heaphy

John M. Heaphy
George N. Vurdelja, Jr.
Harrison & Held
333 W. Wacker Drive, Suite 1700
Chicago, IL  60606
(312) 753-6160

124035_1

2