IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| NICOLAS BALAGIANNIS and RESERVE HOTELS PTY LIMITED AS TRUSTEE FOR THE NBF TRUST,<br><br>  Plaintiffs,<br><br>  v.<br><br>THEODORE MAVRAKIS AND COSTAS MAVRAKIS,<br><br>  Defendants. | Case No. 08 C 943 |

## NOTICE OF MOTION FOR ENTRY OF DEFAULT

To: Service List

   PLEASE TAKE NOTICE that on April 15, 2008, at 9:30 a.m., I shall appear before Judge Leinenweber in courtroom 1941 of the Dirksen Federal Building, Chicago Illinois, and then and there present MOTION FOR ENTRY OF DEFAULT, a copy of which is attached hereto.

                              /S/John M. Heaphy

## CERTIFICATE OF SERVICE

   The undersigned hereby certifies that he served a copy of **MOTION FOR ENTRY OF DEFAULT** to the above-addressee by filing electronically with the U.S. District Court for the Northern District of Illinois, Eastern Division via the Court's ECF CM System on April 10, 2008.

                              /S/John M. Heaphy

John M. Heaphy
George N. Vurdelja, Jr.
Harrison & Held
333 W. Wacker Drive, Suite 1700
Chicago, IL  60606
(312) 753-6160

## SERVICE LIST

John David Fitzpatrick
Mandell Menkes LLC
333 W. Wacker Drive
Chicago, IL 60606

Lindsay Harvey LaVine
Mandell Menkes LLC
333 West Wacker Drive
Suite 300
Chicago, IL 60606

Bruce N. Menkes
Mandell, Menkes LLC
333 West Wacker Drive
Suite 300
Chicago, IL 60606