IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| NICOLAS BALAGIANNIS and RESERVE HOTELS PTY LIMITED AS TRUSTEE FOR THE NBF TRUST, | ) ) ) |
| Plaintiffs, | ) Case No. 08 C 943 ) |
| v. | ) Judge Leinenweber ) |
| THEODORE MAVRAKIS AND COSTAS MAVRAKIS, | ) Magistrate Judge Brown ) ) |
| Defendants. | ) ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Nicolas Balagiannis and Reserve Hotels PTY Limited as Trustee for the NBF Trust (collectively "Plaintiffs") , pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismiss without prejudice all of Plaintiffs' claims in Plaintiffs' complaint against Costas Mavrakis, which include the claim set forth in Count I of Plaintiffs' complaint and Plaintiffs' claim for relief against Costas Mavrakis (and only Costas Mavrakis), set forth in Count IV of Plaintiffs' complaint.  Plaintiffs' claims against defendant Theodore Mavrakis in Counts II, III and IV of Plaintiffs' complaint are not being dismissed and remain pending.

    Respectfully submitted,
    NICOLAS BALAGIANNIS and RESERVE
    HOTELS PTY LIMITED AS TRUSTEE
    FOR THE NBF TRUST
    By: One of Their Attorneys
    /S/John M. Heaphy

John M. Heaphy
George N. Vurdelja, Jr.
Harrison & Held
333 W. Wacker Drive, Suite 1700
Chicago, IL  60606
(312) 753-6160

125114_1