# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 943 | **DATE** | 5/5/2008 |
| **CASE TITLE** | Nicolas Balagiannis, et al vs. Theodore Mavrakis and Costas Mavrakis | | |

**DOCKET ENTRY TEXT**

Plaintiff's Notice to Voluntarily Dismissal without prejudice all of Plaintiffs' claims in Plaintiffs' complaint against Costas Mavrakis, which include the claim set forth in Count I of Plaintiffs' complaint and Plaintiffs' claim for relief against Costas Mavrakis (and only Costas Mavrakis), set forth in Count IV of Plaintiffs' complaint is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | WAP |
|---|---|---|