IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICOLAS BALAGIANNIS and<br>RESERVE HOTELS PTY LIMITED<br>As trustee for the NBF TRUST<br><br>   Plaintiffs,<br><br>   v.<br><br>THEODORE MAVRAKIS<br><br>   Defendant. | Case No. 08 C 943<br><br>Hon. District Judge Leinenweber<br><br>Hon. Magistrate Judge Brown |

## DEFENDANT THEODORE MAVRAKIS' MOTION TO DISMISS COUNTS II, III AND IV OF PLAINTIFF'S COMPLAINT

Defendant Theodore Mavrakis ("Ted") hereby moves this Court for an Order dismissing Counts II, III and IV of the Complaint filed by Plaintiffs Nicolas Balagiannis and Reserve Hotels Pty Ltd. (collectively "Plaintiffs") pursuant to Fed. R. Civ. P. 9 and Fed. R. Civ. P. 12(b)(1),(6), and (7). In support of his motion, Theodore Mavrakis submits a supporting memorandum of law.

WHEREFORE, Theodore Mavrakis respectfully prays that this Court dismiss Counts II, III and IV of Plaintiffs' Complaint and grant any further relief it deems proper.

Respectfully Submitted,
THEODORE MAVRAKIS

 /s/ Bruce N. Menkes
One of his Attorneys

Bruce N. Menkes
John D. Fitzpatrick
Lindsay H. LaVine
**MANDELL MENKES LLC**
333 West Wacker Drive, Suite 300
Chicago, Illinois 60606
(312) 251-1000

169681.6