IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NICOLAS BALAGIANNIS and <br> RESERVE HOTELS PTY LIMITED <br> As trustee for the NBF TRUST | ) <br> ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | Case No. 08 C 943 |
| THEODORE MAVRAKIS | ) <br> ) | Hon. District Judge Leinenweber |
| Defendant. | ) <br> ) <br> ) <br> ) | Hon. Magistrate Judge Brown |

## NOTICE OF MOTION

To:  John M. Heaphy
  George N. Vurdelja, Jr.
  Harrison & Held
  333 W. Wacker Drive, Suite 1700
  Chicago, Illinois 60606

**PLEASE TAKE NOTICE** that on **Thursday, May 15th, 2008** at **9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Harry D. Leinenweber in Room 1941 of the Dirksen Federal Building located at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached *Defendant Theodore Mavrakis' Motion to Dismiss Counts II, III and IV of Plaintiff's Complaint*, a copy of which is hereby served upon you.

Respectfully Submitted,
***THEODORE MAVRAKIS***

 /s/ Bruce N. Menkes
One of his Attorneys

Bruce N. Menkes
John D. Fitzpatrick
Lindsay H. LaVine
**MANDELL MENKES LLC**
333 West Wacker Drive, Suite 300
Chicago, Illinois 60606
(312) 251-1000

169681.6

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused to be served a true and correct copy of ***Defendant Theodore Mavrakis' Motion to Dismiss Counts II, III and IV of Plaintiff's Complaint*** and its Notice and the supporting Memorandum to be served electronically with the Clerk of the Court of Illinois, Northern District, Eastern Division, and the same being accomplished pursuant to CM/ECF on:

John M. Heaphy
George N. Vurdelja, Jr.
Harrison & Held
333 W. Wacker Drive, Suite 1700
Chicago, Illinois 60606
Attorneys for Plaintiff

this 8th day of May, 2008.

By:   /s/ John D. Fitzpatrick
        One of his Attorneys