IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| NICOLAS BALAGIANNIS and RESERVE HOTELS PTY LIMITED AS TRUSTEE FOR THE NBF TRUST, <br><br>    Plaintiffs, <br><br>v. <br><br>THEODORE MAVRAKIS AND COSTAS MAVRAKIS, <br><br>    Defendants. | Case No. 08 C 943 |

## NOTICE OF FILING

TO: SERVICE LIST

    PLEASE TAKE NOTICE that on May 29, 2008 we filed with the Clerk of the District Court, Northern District of Illinois, Eastern Division, **PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**, a copy of which is attached hereto.

    /S/John M. Heaphy

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that he served a copy of the above-listed document to the above-addressee by filing electronically with the U.S. District Court for the Northern District of Illinois, Eastern Division via the Court's ECF CM System on May 29, 2008.

    /S/John M. Heaphy

John M. Heaphy
George N. Vurdelja, Jr.
Harrison & Held
333 W. Wacker Drive, Suite 1700
Chicago, IL  60606
(312) 753-6160

## SERVICE LIST

John David Fitzpatrick
Mandell Menkes LLC
333 W. Wacker Drive
Chicago, IL 60606

Lindsay Harvey LaVine
Mandell Menkes LLC
333 West Wacker Drive
Suite 300
Chicago, IL 60606

Bruce N. Menkes
Mandell, Menkes LLC
333 West Wacker Drive
Suite 300
Chicago, IL 60606