# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 943 | **DATE** | 8/5/2008 |
| **CASE TITLE** | Nicolas Balagiannis and Reserve Hotels Pty Limited vs. Theodore Mavrakis | | |

**DOCKET ENTRY TEXT**

ENTER MEMORANDUM OPINION AND ORDER: The Defendant's Motion to Dismiss is Granted in Part and Denied in Part. Plaintiffs' granted leave to file Amended Complaint.

■ [ For further detail see separate order(s).]      Docketing to mail notices.

| | Courtroom Deputy Initials: | WAP |
|---|---|---|