(A1)

*Letter*

*of Theodoros Mavrakis*
*To: Nikolaos Balagiannis*

*Dear Mr. Balagiannis,*

*I hereby affirm that your funds (USD 4,000,000) shall not be at risk in any case. As a seller of the stock shares, I am also giving you my personal guarantee. On the other hand, if you change your mind, for any reason, I will gladly purchase, myself, your rights at the same consideration.*

*Respectfully,*

[redacted] *Theodoros Mavrakis*



EXHIBIT B

22-10-2003

FROM : ANGELOS M. DIMITROPOULOS    PHONE NO. : 0030 1 6461287    Aug. 21 2003 11:04PM

(A1)

Επιστολή

Του Θεόδωρου Μαυράκη

Προς: Τον Νικόλαο Μπελογιάννη.

Κύριε Μπελογιάννη

Διά της παρούσης επιστολής, σας διαβεβαιώ ότι τα χρήματά σας (4.000.000 $ USA) δεν πρόκειται σε καμία περίπτωση να κινδυνεύσουν.
Η πώληση των μετοχών εγγυώμαι και προσωπικά.
Εάν πάλι για οποιονδήποτε λόγο μετανιώσετε, 'χωρίς αγόρευση εγώ ο ίδιος αντί των ιδίων τιμημάτων τα διπλώματά σας

Μετά τιμής

Θεόδωρος Μαυράκης