

# GREENBERG TRAURIG
ATTORNEYS AT LAW

Robert E. Neiman
312-456-8451
neimanr@gtlaw.com

August 27, 2003

**VIA FACSIMILE  011 612 9399 9511**

Mr. Arthur Balayannis
General Manager
Reserve Hotels PTY Limited
206 Avoca Street
Randwick NSW 2031

Dear Mr. Balayannis:

In accordance with our telephone conversation of this afternoon, enclosed please find the photocopy of the wire directions for Chicago Title & Trust relative to the established escrow.

You have informed me that you are in receipt of the letter executed by Costas Mavrakis directing me as signator to the Escrow Agreement to take direction from Nicholas Balagiannis. In response to your question, you are correct that if prior to September 30, 2003 and if the escrow agent is informed that all of the deposit requirements of the escrow have been met, neither party will unilaterally be able to seek withdrawal of the deposits. Therefore if all of the deposit requirements, as required under the Escrow Agreement, are met no party may unilaterally seek a return of his or its deposit.

I look forward to a receipt of the wire depositing $3,700,000 to Chicago Title & Trust.

Very truly yours,

Robert E. Neiman

Robert E. Neiman

REN/cb
Enclosure

Cc:   Costas Mavrakis



GREENBERG TRAURIG, P.C.
77 WEST WACKER DRIVE SUITE 2500 CHICAGO, ILLINOIS 60601
312-456-3400  FAX 312-456-8435  www.gtlaw.com

FROM : ANGELOS M. DIMITROPOULOS    PHONE NO. : 0030 1 6461207    Aug. 27 2003 10:57PM P01

# GREENBERG
## ATTORNEYS AT LAW
# TRAURIG

Robert E. Neiman
312-456-8451
neimanr@gtlaw.com

August 27, 2003

**VIA FACSIMILE 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-992-115**

Mr. Costas Mavrakis
Porto Rio Hotel
Rio, Patra,
Greece

Dear Costas:

Please review the attached letter. As the escrow agent, I can release the funds per Kostas Grekos' direction only if you authorize me in writing to take direction from him. If you agree, sign a copy of this letter and fax it back to me. The escrow requires $4,000,000 not $3,700,000. Also enclosed is an invoice for our services. Let's discuss it at your earliest convenience.

Very truly yours,

Robert E. Neiman

REN/cb

Approved and Agree

Costas Mavrakis

GREENBERG TRAURIG, P.C.
77 WEST WACKER DRIVE SUITE 2500 CHICAGO, ILLINOIS 60601
312-456-8400 Fax 312-456-8435 www.gtlaw.com